Borrero, Demandante y Apelante, *v.* Ubarri, Demandado y Apelado.

No. 3148.—*Visto:* Febrero 28, 1924. *Resuelto:* Junio 13, 1924.

Cobro de Dinero—Prueba: Apreciación de la Misma.—Dependiendo la decisión de este caso únicamente del resultado de la prueba, examinada ésta y apareciendo que es suficiente para sostener la sentencia recurrida, debe dicha sentencia confirmarse aunque se concluyera que no estaban bien fundadas algunas de las razones que la Corte de Distrito tuviera para dictarla.

Sentencia de *Enrique Lloreda,* J. (Arecibo), declarando sin lugar la demanda, con costas. *Confirmada.*

*U. Crespo, Jr.,* abogado del apelante; *F. Rodríguez Alverio,* abogado del apelado.

El Juez Presidente Señor del Toro, emitió la opinión del tribunal.

Florencio Borrero demandó a Cesáreo Ubarri en cobro de $614.20, alegando que el demandado adeudaba a José Rodríguez, dueño del establecimiento mercantil "Buxeda y Rodríguez," la suma de $702, como saldo de una cuenta liquidada el 1 de mayo de 1921; que Rodríguez cedió y traspasó su crédito al demandante por valor recibido, notificándose el traspaso al demandado, y que el demandado hizo tres abonos ascendentes a $87.78 dejando así pendiente el saldo reclamado que se ha negado a satisfacer no obstante los repetidos requerimientos que se le han hecho para ello.

Contestó el demandado aceptando que era deudor de Rodríguez pero negando que debiera la suma indicada. Negó el hecho del traspaso y su notificación. También que hiciera abonos al demandante ni que fuera requerido de pago por el mismo. Y como materia constitutiva de oposición y

defensa, alegó que con motivo de cierto embargo practicado en su establecimiento mercantil se reunieron todos sus acreedores, entre ellos Rodríguez, y acordaron hacer una rebaja de un setenta y cinco por ciento en cada una de sus acreencias, quedando de tal modo reducida su deuda para con Rodríguez a $175.57, suma que se obligó a pagarle en seis plazos mensuales, habiéndole satisfecho tres ascendentes a $87.78.

Fué el pleito a juicio y la corte finalmente dictó sentencia declarando la demanda sin lugar. Apeló el demandante señalando en su alegato tres errores que más bien se refieren a los razonamientos del juez sentenciador contenidos en la opinión, que a la sentencia misma.

Después de un examen cuidadoso de los autos, creemos que la decisión de este caso estriba enteramente en la apreciación de la prueba.

La evidencia del demandante consistió en la declaración de José Rodríguez y en la suya propia. La del demandado en la declaración de Rodríguez, en la suya propia y en tres documentos.

¿Qué dijo Rodríguez, declarando como testigo del demandante? Se expresó así: Que negocia en Arecibo en ferretería y quincalla y conoce a Cesáreo Ubarri con quien sostuvo relaciones comerciales abriéndole una cuenta corriente que se liquidó en mayo 21, 1921,—según consta de un libro que mira, pero que no se ofreció como prueba—, hallándose presente Ubarri, con un balance en contra del mismo de $702 que Ubarri quedó conforme en pagar; que posteriormente traspasó su crédito al demandante Borrero y notificó el traspaso personalmente a Ubarri; que sabe que Ubarri hizo tres abonos dirigiendo los cheques a nombre del testigo, endosándolos el testigo a Borrero y cobrándolos éste; que no hizo arreglo alguno con Ubarri; ni asistió a reunión alguna de acreedores.

Y el demandante Borrero, dijo: que es comerciante; que Rodríguez le traspasó la cuenta de Ubarri; que notificó

personalmente a Ubarri pero éste no quiso entenderse con él; que Ubarri hizo abonos mandándolos directamente a Rodríguez y éste endosándolos al testigo que los cobró. Al repreguntarle el abogado del demandado cómo había notificado la cesión, dónde y cuándo, contestó: "Verbalmente.—Frente a mi establecimiento en una ocasión y en otra ocasión no recuerdo dónde fué.—No recuerdo la fecha tampoco."

Llamado a declarar José Rodríguez como testigo del demandado, se le pidió que reconociera cierta carta dirigida por él a Ubarri y así lo hizo, pero el juez no permitió que el demandado presentara la carta reconocida como prueba. Se le pusieron de manifiesto entonces tres cheques firmados por Ubarri y reconoció haberlos recibido, introduciéndolos el demandado como prueba. Contestando a repreguntas del demandante respondió que los cheques fueron endosados por él a Borrero porque le había traspasado la cuenta.

Los repetidos cheques son por la misma suma de dinero, uno expedido el 8 de julio de 1921, otro el 17 de agosto y otro el 4 de octubre del mismo año. Se transcribe el primero. Dice:

"No. 74.—Arecibo, Puerto Rico, julio 8, 1921.—Banco Comercial de Puerto Rico.—Arecibo Branch.—Pay to the order of José Rodríguez, veinte y nueve 26/00 dollars.—(firmado) Cesáreo Ubarri.— $29.26. (Hay un sello que dice: Banco Comercial de Puerto Rico, Arecibo, P. R.—Paid Jul. 9 1921.) Al respaldo: (firmado) José Rodríguez.—F. Borrero Cordero.—Páguese a la orden del Banco Comercial de Puerto Rico.—Banco Territorial y Agrícola de Puerto Rico.—Arecibo, P. R., Jul. 9, 1921.—E. Alcaraz, Director-Cajero."

Y, por último, declarando como su propio testigo, el demandado Ubarri manifestó: Que nunca ha tenido negocios con el demandante Borrero; que sostuvo relaciones comerciales con Rodríguez; que nunca fué notificado por Rodríguez de la cesión de la cuenta que con él tenía; que se entendió siempre con Rodríguez y que éste le vendió la cuenta por el veinte y cinco por ciento para pagar en seis plazos; que todos sus acreedores se reunieron e hicieron un docu-

mento, siendo el pago garantizado por Laurito Estrella; que recibió una carta de Rodríguez donde le decía que estaba apurado. Se le pone de manifiesto la carta y la reconoce. La otra parte admitió la autenticidad del documento, pero la corte se negó a admitirlo como prueba. El testigo entonces declaró que la carta decía "que le mandara los 29 pesos que correspondían al mes de octubre." Insiste en que hubo un convenio por virtud del cual su deuda original quedó reducida a la cuarta parte, comprometiéndose a pagarla en seis plazos mensuales de $29.26, habiendo satisfecho tres.

Examinada en sí misma la evidencia del demandante es deficiente. Aunque no estamos conformes con la corte sentenciadora en que sea indispensable la evidencia escrita, parece en verdad la apropiada en casos de esta naturaleza. No comprendemos cómo no se introdujo como prueba el libro o la parte pertinente del mismo que miró el testigo Rodríguez mientras declaraba. Y si se examina dicha evidencia en relación con la aportada por el demandado, el conflicto surge en seguida en extremos esenciales. Y a nuestro juicio debe resolverse a favor del demandado porque los cheques librados por éste en las épocas y por las sumas que expresan y dirigidos todos a Rodríguez, inclinan poderosamente la balanza en pro de la existencia del convenio afirmado por el demandado y negado por el demandante. Otras circunstancias pudieran apuntarse.

Siendo ello así, procede la *confirmación de la sentencia apelada,* ya que está sostenida por las alegaciones y las pruebas.